**Plaintiff**                                                                 June 15th, 2021

Kai Kunz

45 Roseland Park Road

Woodstock, CT 06281

Phone Number 860-200-4953

**Versus**

**Defendants**


Town of Northbridge, MA

7 Main Street

Whitinsville, MA 01588


Attorney Scott Gleason

163 Merrimack Street

Haverhill, MA 01830


Attorney Joseph Flanaghan

156 State Street

Boston, MA 02109


Law Offices Wilson and Elser

156 State Street

Boston, MA 02109


Michael Simmons

19 Ruthen Circle

Shrewsbury, MA 01545

Morton Simmons

19 Ruthen Circle

Shrewsbury, MA 01545


John Ouillette

1 Hope Street

Northbridge, MA 01588


Waltor Warchol

47 McQuades Lane

Northbridge, MA 01588


Town of Haverhill

4 Sumner Street

Haverhill, MA 01830


Thomas Dejordy

1 Hope Street

Northbridge, MA 01588


Officer Jarrod Woeller

127 Elm Street Unit 2

Webster, MA 01570


Joseph Benedetti

40 Bailey BLVD

Haverhill, MA 01830

Racketeer Influence Corrupt Organizations (RICO) Lawsuit with additional counts, retaliation against a whistle blower, violation of Americans with Disability (ADA) action, Defamation, conspiracy to commit murder, and Civil Rights. Also, violations of Protected Health Information, where some defendants released plaintiffs protected health information for the purpose of trying to discredit claims of plaintiff and denying him access to the protections and justice that the public at large has access to.

### RICO and American with Disabilities Act (ADA) Violations

Defendants acted in concert and with varying degrees of pre-meditation and conspiracy to deny civil rights of plaintiff, deny Plaintiff (Kai Kunz) herein after referred to as (KK) access to public services that others not deemed to be disabled have access to in violation of American with Disabilities Act (ADA) statute, conspiracy to aid and abet the racketeering committed against Plaintiff and his witnesses, retaliate against Plaintiff for his previous work as IRS whistleblower and his running for public office to expose corruption, release private medical information to aid these objectives against Plaintiff KK, suppression of wire evidence, suppression of forensic evidence, misleading law enforcement investigations, and other acts of bad faith and conspiracy..

### Defendants and actions

1. **Attorney Scott Gleason**

In February 2019 Plaintiff Kai Kunz became aware of actions done by Attorney Gleason from Plaintiff's then attorney David Ashworth.

In January 2011 through October 18, 2011 attorney Scott Gleason met with Plaintiff several times to discuss the incorporation of business and templates for a financial Pro forma for energy efficient and integrated resource-based housing designs.

Attorney Gleason also spoke with Kevin McCarthy and Plaintiff several times about Federal investigative work that McCarthy and Joseph Young were doing against the Town of Northbridge, Northbridge Police department, Northbridge no bid triple priced contracts, and many of the individuals that Plaintiff had filed RICO suit against previously. The work according to Gleason involved investigating Northbridge Police, Northbridge town officials, and others about their protecting the crimes of many including several defendants in suit by Plaintiff Kai Kunz in Worcester Superior Court for payment for protections from prosecution. Attorney Gleason further explained that many of the people that Northbridge Police were protecting for money by misleading Federal and other investigation were some of the individuals in Plaintiff Kai Kunz's June 2011 filed RICO lawsuit.

Attorney Gleason showed Plaintiff Kunz stamped FBI papers on informant work that Joseph Young and Kevin McCarthy were doing against the Haverhill, MA Plumbing inspector, Town of Northbridge Police officers, Northbridge MA Town officials, some of the individuals in Plaintiff Kai Kunz's RICO Lawsuit, work Joseph Young and Kevin McCarthy were doing against his then business partner Steven Gellerman, and previous informant work that Joseph Young did with his CO addict brother against an Oxycodone prescribing doctor in Lawrance MA named DR Weinstein. Plaintiff was also told that the complaints that he (Plaintiff Kai Kunz) made about Michael Simmons and Morton Simmons to Northbridge MA police and Shrewsbury MA police about being degenerate perverts that at a minimum watched child porn was being investigated as were complaints Kai Kunz made about how Michael Simmons and Morton Simmons did not call 911 for 8 days after Gale had a stroke in May 2011 and that there were suspicions that extra doses of her medication were involved in this. Gleason and McCarthy stated that it was suspected to have been done by them because Gale wanted to go to FBI about Michael Simmons and Morton Simmons being extorted by John Ouillette of Northbridge, MA police, Kelle Okeefe, Joseph Solans, Realtor Richard Rawson, and David Boudreau or some of the defendants in Plaintiff's Kai Kunz's previous suits. Gale according to Gleason and McCarthy was unaware of what the payments were about.

On October 14, 2011 during a meeting at the Blue Finn restraint in Haverhill, MA between Plaintiff, Joseph Young, Kevin McCarthy, and Attorney Gleason, Attorney Gleason told Kevin to take out a yellow paper binder and then told Plaintiff to write down some names and then tell attorney Gleason his (Plaintiff Kunz's) thoughts on whether or not he believed that the individual was corrupt or honorable and should be a part of the targeted Federal informant work that was being done by Kevin McCarthy and Joseph young against some Northbridge officers and others.

Right after Plaintiff was about to give his thoughts, attorney Gleason said "Kevin and only Kevin take that piece of paper." I then asked attorney Gleason if he wanted me to explain my thoughts and he said "no but I have other information.'

It was later revealed in February 2019 that this piece of paper was used in Kevin McCarthy's hitlist scam/diversionary schemes with Northbridge Police against Plaintiff Kai Kunz. Attorney Gleason put the plan with Northbridge Police into action to also protect Kevin McCarthy for another one of his upcoming money motivated arsons in addition to what he did on previously owned properties and as business partner with Steven Gellerman and Joseph Young. Attorney

Gleason was also involved with the Northbridge, MA police in suppressing wire evidence collected on behalf of the Northbridge Police on Kai Kunz and not forwarded to the Essex County Districts Attorney. This came from Northbridge MA police making up false claims as usual and then trying to get McCarthy to talk about theoretical possibilities and then try and use other dishonest tactics like talk jokingly about something and hope that I went along with it. However Plaintiff spoke truthfully and the words he said implicated Northbridge police in many corrupt activities and that of others. The conversations also would show that the claims made about Plaintiff and events leading up to the fraud assault charge and McCarthy's arsons were

very different than what Northbridge police and McCarthy tried to claim in violating Plaintiff's civil rights with the assault charge with premeditation and trying to frame Plaintiff for the arsons McCarthy orchestrated with Joseph Young and Joseph Solans.

Attorney Gleason and Joseph Benedetti of Haverhill, MA police limited Plaintiff's cell phone forensics to locations and triangulation to only prove the assault charge was fraudulently orchestrated by Kevin McCarthy and Joseph Young. Efforts were made by Benedetti and Gleason to hold onto Plaintiff's cellphone and not release the phone due to forensic analysis and recordings Plaintiff did on October 14, 2011 meeting at Blue Finn Resteraunt with Attorney Gleason, Kevin McCarthy, and Joseph Young. This was because Benedetti being a police officer had a primary concern of not solving he major crimes, but of protecting his brothers at Northbridge Police from their corruption and work in protecting and orchestrating false accusations against Plaintiff Kunz in concert with Kevin McCarthy.

The cellphone would also criminally incriminate (as would the suppressed wire evidence) about Northbridge Police knowing about and helping Kevin McCarthy plan his Haverhill, MA money motivated arsons and to frame Kai for them. Evidence that Northbridge Police officers Woeller, Ouillette, and Warchol worked to suppress such as wire and forensic evidence from computer expert given to Northbridge Police about the hacking of Plaintiff's computer, and more that was done to frame Kai Kunz for arson and to coverup the criminal conspiracy between Kevin McCarthy and members of the Northbridge Police. Benedetti had a primary concern of protecting the integrity of the Northbridge Police or one of his brothers in blue.

This information became apparent in February 2019 when attorney Ashworth showed plaintiff paperwork, played conversations between himself, and Attorney Gleason and, and other evidentiary information such as Lloyd's of London deposition materials where Kevin McCarthy admitted to having worn a wire for Northbridge. Attorney Gleason subsequently met with Kevin McCarthy and Northbridge Police to formulate a plan with Attorney Flanaghan for white washing the suppression of this evidence and other forensic evidence. Kevin McCarthy's arson claims with Wilson and Elser through Attorney Joseph Flanaghan had deposition and other meeting transcripts that Attorney Ashworth showed to Plaintiff in February 2019. Attorney Ashworth never sent any of this information that he showed and revealed to Plaintiff and Brian Palczynski in 2019. One of the many BBO complaints against Attorney Ashworth are for his refusal to give Plaintiff copies of pleadings, judges rulings, responses from opposing counsel, deposition information, discovery information, and more.

The wire evidence would have instantly proven that the frame scheme against Plaintiff was criminally orchestrated by Northbridge MA Police officers John Ouillette, Walter Warchol, Kevin McCarthy, and Joseph Young with the assault that never happened, the arsons Kevin McCarthy planned and orchestrated with Northbridge police, and more. This became apparent in February 2019 when then counsel for Plaintiff David Ashworth showed Plaintiff Kai Kunz deposition materials and paperwork that showed that Joseph Young and Kevin McCarthy had wire evidence that was suppressed to Haverhill MA DA when Plaintiff was accused of assaulting McCarthy with intent to kill and attempts were made to frame Plaintiff for arsons Kevin McCarthy orchestrated on his vacant properties. Vacant properties that were losing money and

uninhabitable where Kevin McCarthy and only Kevin McCarthy had a financial motive and a history of his properties going up in flames prior to this. There is presently a BBO complaint that has gone on for over 2 years against Attorney Ashworth for among other actions not giving Plaintiff essential case and evidence materials, and more. This suppression of wire evidence not only was just found out about in 2019, but there were consequences from a false incarceration and later vindication because of this suppression of evidence, and defamation due to the suppression of wire evidence orchestrated and aided and abetted by Attorney Gleason that has affected Plaintiff **to this day** massively in lost financial opportunities, job opportunities, and more. The cellphone that Joseph Benedetti was given voluntarily by Plaintiff showed 100% that the assault charge was fabricated and it could have been proven from 5 different scientific and medical facts as well.

Attorney Gleason did a criminal conspiracy that ended up falsely imprisoning Plaintiff for a crime that never happened and which Plaintiff was 100% vindicated on through cell phone forensics and scientific and medical science facts that prove the charge was fictitious.

Attorney Gleason likewise orchestrated conspiracy where Kevin McCarthy separated his dying father from relatives including nursing services and Attorney Gleason ended up getting Kevin McCarthy 100% of his father's millions in assets and all other 5 siblings got zero and Gleason go a percentage of 10% of it.

Prior to this time and from 2010 and into 2011 Plaintiff had helped Kevin McCarthy start a real estate business after Kevin McCarthy had lost his free and clear properties given to him by his father. Plaintiff was promised 50% ownership by Kevin McCarthy and attorney Gleason during this time, and it was during this time of 2010 and into 2011 that Kevin McCarthy and Scott Gleason said that the same individuals that were behind the rental thefts and more committed against Plaintiff and subject to Worcester Superior court suit, were same individuals that helped and conspired to make Kevin McCarthy lose his properties.

The texting correspondence with Kevin McCarthy about Attorney Gleason writing up an agreement was on the cellphone Plaintiff voluntarily signed and gave to Joseph Benedetti and which later confirmed and proved Kevin McCarthy and Joseph Young committed an orchestrated frame job against Plaintiff Kai Kunz.

The cellphone also had additional information that proved that Kevin McCarthy acted in criminal conspiracy with Northbridge police and Northbridge Town Manager Amagoonian to silence Kai Kunz during his run for public office and to hold seminars about ending town corruption in , triple priced no bid projects, and the town being run by business interests with huge conflicts in 2011. Such as developer and licensed plumber working primarily in Northbridge named Robert Wunschell who also was the Northbridge MA Plumbing inspector, and presently where head of Management and planning board is run by Adam Gaudette of Gaudette insurance and who has been involved in working with MAPFRE insurance in orchestrating the false charge against him in Uxbridge DC in 2019. Plaintiff Kai Kunz has mathematical formulations and other proprietary information for insurance improvements that was presented to Gaudet insurance in 2018 and thereafter Gaudet insurance ripped up the non-

disclosure agreement done with Plaintiff in 2018 and worked with MAPFRE for financial motives in 2019 with the false charges against Plaintiff.

**Demand $5,000,000.00** for the defamation, criminal conspiracy that denied Plaintiff freedom, false representation, civil right violation through conspiracy, and conspiracy to commit white collar theft against Plaintiff.

### 2. Attorney Joseph Flanaghan

Attorney Flanaghan oversaw the Lloyds of London insurance claims for the arsons that Kevin McCarthy orchestrated on his own vacant, horrid condition, and cash flow negative properties for financial motives.

Attorney Flanaghan was aware of claims under oath and during depositions where Kevin McCarthy admitted to having wore a wire for the Northbridge MA police against Kai Kunz. Attorney Joseph Flanaghan also was aware from the deposition that this information was not forwarded to the DA in Haverhill MA and is responsible for reporting crimes that became apparent during an insurance investigation. This evidence and information was hidden and suppressed by Attorney Flanaghan and never given to Plaintiff until late December 2018 when attorney Flanaghan was confidant that the 10 year statute for criminal RICO conspiracy was close to running it's course. In December 2018 Attorney Flanaghan forwarded the deposition and other information about the criminal wire suppression and the criminal suppression of forensic evidence done by the Northbridge MA police to Plaintiff's attorney at time David Ashworth.

Attorney David Ashworth then showed but refused to give Plaintiff copies of the Lloyds of London deposition and other information and correspondences between parties in suit about the suppression of wire and forensic evidence against Plaintiff in February 2019.

During Deposition with Lloyds of London the junior partner that was later fired by firm Wilson and Elser, or the lawyer that with Attorney Joseph Flanaghan told Plaintiff to write down the names that he wrote during the meeting at the Blue Finn restrant in Haverhill, MA on October 14, 2011 between Attorney Gleason, Kevin McCarthy, Plaintiff, and Joseph Young. The reason for asking Plaintiff to do this was because the Northbridge Police had the original paper from Blue Finn Resteraunt analyzed and found out that the fingerprints of Attorney Scott Gleason were on it and hence they needed a new piece of paper in Plaintiff's handwriting for helping the Northbridge Police and their legal dilemma. The attorney at Wilson and Elser grabbed the yellow piece of paper from Kunz with Attorney Joseph Flanaghan with a piece of paper covering his hand and was acting in concert with Kevin McCarthy, Attorney Gleason, and Northbridge, MA police. This information about the paper became apparent in February 2019 after Plaintiff Kai Kunz had hired an attorney that confronted Attorney Ashworth about many of his malfeasance,

misfeasance, and malpractice actions and Attorney Ashworth showed the information to Kai in person in February 2019, but never sent the information as promised.

**Claim $2,000,000.00**

against Attorney Joseph Flanaghan for knowingly and with premeditation covering up the suppression of wire and forensic evidence in concert with Northbridge Police, premeditated Civil Rights Violations in concert with Kevin McCarthy, Attorney Gleason, Northbridge MA police, and others.

### 3. Law Offices Wilson and Elser

The Law offices of Wilson and Elser later fired the junior attorney Chirsky that took the Lloyds of London deposition of Plaintiff Kai Kunz only after the filing of the Northbridge MA police lawsuit in 2014. This was to get around the potential liability of having been involved in working in concert with the Northbridge, MA police and their criminal suppression of wire evidence that was documented and transcribed in a deposition done by Kevin McCarthy for McCarthy's money motivated arsons. Wilson and Elser was aware of the dishonest conduct of Attorney Flanaghan and junior partner in working in concert with the Northbridge Police, Scott Gleason, and other defendants to cover up the suppression of wire evidence, forensic evidence, and other crimes committed against Plaintiff Kai Kunz. For the Law firm it revolved around a financial motive to settle the Lloyds of London claims that were being litigated by attorney Gleason on behalf of Kevin McCarthy and to avoid public scrutiny and the press releases that would come from revelations of wire and forensic evidence suppression and their firms indirect involvement in aiding and abetting it. Later Wilson and Elser outright supported and tried to cover it up for avoiding bad publicity as well.

**Claim $4,000,000.00**

against Law offices of Wilson and Elser for knowingly and with premeditation covering up the suppression of wire and forensic evidence in concert with Northbridge Police, premeditated civil rights violations and acting in concert with Kevin McCarthy, Attorney Gleason, Northbridge Police and others.

### 4. Town of Haverhill, MA

The Town of Haverhill MA knowingly and with premeditation suppressed the audio evidence from October 23, 2011 when Detective Benedetti told Plaintiff that the situation with Kevin McCarthy was "the most fucked up frame attempt that he has ever seen in his life." Detective Benedetti knew this and still worked with the suppression of wire evidence, suppression of

forensic evidence, and knowingly false case against Kai Kunz in concert with what he knew was the Northbridge MA police and other defendants acting in concert with the criminal actions and pre-meditated civil rights violations and fraud committed against Plaintiff Kai Kunz. When cell phone forensics proved that the charge orchestrated against Kai Kunz by Kevin McCarthy was a fraud, Detective Benedetti never charged Kevin McCarthy, Joseph Young, and attorney Gleason for conspiracy, other felonies, and this was done as Detective Benedetti and the Police Chief of Haverhill acted in concert with the town of Northbridge and Kevin McCarthy to suppress the civil rights violations and conspiracy committed against Plaintiff by Northbridge Police as well…dedication to fellow blue comes before the public interest. The town of Haverhill, MA refused to investigate the fraud frame attempt against Kai Kunz that was proven to be a fraud from cellphone forensics and refused to release cellphone that would additionally prove that the Northbridge MA police acted in concert with Kevin McCarthy and Joseph Young in orchestrating the fraudulent assault charge against Plaintiff and also the involvement of Northbridge police in suppressing wire evidence where the conspiracy against Plaintiff would have been proven further, as would the Northbridge MA police involvement in Kevin McCarthy's arsons.

**Total Demand $4,000,000.00**

5. **Joseph Benedetti**

Joseph Benedetti acted in concert with the Northbridge Police and talked the DA of Salem or DA Rodin out of prosecuting Kevin McCarthy for his money motivated arsons. This and the known suppression of wire and forensic evidence was something Plaintiff found out about in February 2019 when Attorney Ashworth showed Plaintiff paperwork at office in West Brookfield but never sent Plaintiff copies as promised. It was done when Benedetti refused to release cellphone of Plaintiff or to release cellphone information on Kevin McCarthy's cellphone that showed the suppression of wire and forensic evidence committed by Northbridge, MA police in concert with Kevin McCarthy and attorney Scott Gleason.

 The cellphone also had audio recording of the 10-14-2011 meeting at Blue Fin restraint where among other things the illiterate hitlist scam done against Kai Kunz would have been proven to have been a planned conspiracy orchestrated by Attorney Gleason, Kevin McCarthy, and Joseph Young.

 **Demand $2,000,000.00** for the suppression of cell phone evidence and acting in concert with Northbridge Police, Kevin McCarthy, and Attorney Gleason to this day as extension of this.

6. **Town of Northbridge MA**

Town of Northbridge MA owes Plaintiff thousands in back rent, worked in concert with Kevin McCarthy and associates to give Plaintiff a $17,000.00+ electric bill for 1- month electric bill and town gave water and sewer bills that were orders of magnitude higher than what would be expected of a large office building and never mind a 3- condo building. The bills ranged from $13,000.00-$20,000.00 a quarter for water and sewer bills or $50,000+ annual water and sewer bills as Northbridge Town acted in concert with the evidence suppression, and criminal frame tactics with Northbridge Police and serial child rapist, serial woman batterer, serial woman rapist, convicted murderer, sex offender, child torturer and Northbridge police close friend Kevin McCarthy of Haverhill, MA. Northbridge Police worked with Kevin McCarthy for many months after the assault charge was proven to be an orchestrated fraud, while also suppressing wire evidence, and ensuring he Haverhill didn't release the cellphone that had vindicated Plaintiff in the false civil rights violating assault charge and could implicate Northbridge and others in direct involvement in Kevin McCarthy's orchestrated crimes against Plaintff.

Northbridge selectwoman and contractor Janet Dobler got monopoly of no bid triple priced contracting contracts where in one project 1 million plus was spent to extend down-town sidewalk which caused a 60% reduction in commercial parking in the down- town and subsequently caused huge vacancies, loss of revenue, and multiple down- town vacancies. As Plaintiff was running for town selectman and spoke up about the corruption and how business interests such as Berkowitz, Gaudette Insurance executives, Plumbing inspector of Northbridge Robert Wunschell also being a major developer, and other business interests run the town, the Town of Northbridge worked with Kevin McCarthy to silence Plaintiff and this has continued to this day. Some such actions were done by Town of Northbridge in helping to orchestrate false charged against Plaintiff in concert with MAPFRE insurance by speaking to CT State Police and CT Attorney General about not investigating and doing nothing about Racketeering committed against Plaintiff and witnesses..

Plaintiff Kai Kunz had increased town revenue fixing up town down town delapitated slum row house units into modern condo units with home ownership through rent to own opportunities for disadvantaged people that wanted to prove good credit and get home ownership. After this was done compared by Plaintiff in polar opposite of the gross incompetence and cess pool of town corruption in Northbridge, the town of Northbridge sectioned Plaintiff in planned conspiracy with Kevin McCarthy claiming he was ill and incompetent in order to discredit and silence the unmovable reality that the town spent money to ruin its revenue and create vacancies whereas Plaintiff increased town revenue and home ownership rates without tax payers money. To this day town of Northbridge town officials such as Adam Gaudette who's present town Manager has called  MAPFRE insurance and worked in concert with them to aid and abet them in trying to discredit claims of Plaintiff and protect the racketeers committing multiple felonies against Plaintiff Kai Kunz from facing prosecution and by using his position as town manager of Northbridge MA to push the false and criminally orchestrated charges against Kai Kunz that were in Uxbridge DC to go straight to arraignment without any hearing. Charges were dismissed in spite of the juice of Town Manager of Northbridge acting in concert with MAPFRE to push them, but you can't say someone did something that is mechanically and procedurally impossible no matter how hard you argue what you know is impossible.

**$10,000,000.00** demand against the criminal actions by Town of Northbridge in concert with other defendants to violate civil rights of defendant, ADA Violations, aiding and abetting racketeering, emotional trauma, and PTSD from working in concert with other defendants and he consequences of this.

### 7. Michael Simmons and Morton Simmons

Michael Simmons was confronted by John Ouillette of Northbridge MA who drove to his residence on 10-16-2011 and told Michael Simmons and Morton Simmons that if he was paid money and Michael Simmons lied about Kai and protected rent stealers and racketeers, and said what Ouillette requested him to say about residency of Plaintiff at Northbridge property. This was for the purpose of Ouillette covering up actions previously committed against Plaintiff. In return for this Ouillette promised Michael Simmons and Morton Simmons protection from prosecution related to the killing of Gale Simmons when Gale Simmons in May 2011. Gale Simmons had a stroke and Morton Simmons and Michael Simmons intentionally and with premeditation did not call 911 for 8 days as Gale was unable to eat, drink, talk, move, use bathroom, or communicate in anyway. John Ouillette extorted Michael Simmons and Morton Simmons. Subsequently John Ouillette and Waltor Warchol got Michael Simmons involved in the framing attempts that were tried in Uxbridge District Court in 2019 against Plaintiff that were dismissed, Attleboro District Court where technology forensics has once again proven that this was an orchestrate fraud charge against Plaintiff. Simmons acted as lookout for the 1-12-2017 kidnapping of Plaintiff's wife, the burglary at Uncle Bobs on 1-13-2017 where Simmons is on film working to break lock to Plaintiff storage unit where $40,000+ in silver, gold, and high end sports memorabilia was stolen, acting as lookout as Patricia Burke burglarized Plaintiffs Plaintiff's residence in Putnam, CT where $40,000+ in silver, gold, and high end sports memorabilia were stolen, and lookout for the 6-28-2019 murder attempt through setting Plaintiffs house on fire, lookout for trying to kill Plaintiff's witnesses when Jamie Sabia and Brian Palczynski saw Michael Simmons as she layed nearly dead after her scooter was tampered with and Kai Kunz saw Michael Simmons drive off with Patricia Burke laughing. Michael Simmons was directly involved as lookout and acted in concert with the help of John Ouillette who among other things helped plan and orchestrate Plaintiff's house being set on fire on 6-28-2019. Michael Simmons went to Plaintiff's witnesses Brian Palczynski and Jamie Flaucher in July 2019 after fire and offered them tens of thousands to put cyanide in Plaintiff's drink, and offered them more if they would not mention how he was by Jamie Flaucher after she had near deadly accident from steering mechanism from scooter being tampered with by Patricia Burke and Andrew Burke as Michael Simmons acted as lookout.

Michael Simmons and Morton Simmons had Gale Simmons killed when she spoke up about the perverted filth Michael Simmons and his father Morton Simmons was involved in and Gale Simmons wanting to go to FEDs about John Ouillette and others that were extorting her

and threatening Michael Simmons such as disgraced second mortgage holder and shamed Gardner city Councilor David Boudreau who extorted Michael Simmons and Morton Simmons of huge funds as explained by Edward Ahern during deposition in 2015. Michael Simmons is involved with the pre-meditated fraud charges where he helped create a fake Facebook of Kai Kunz called Kai Kunz IRS Undercover, a fake Facebook of Kai's wife and these were used for making threatening statements to others, Simmons was involved with Edward Ahern in forwarding and using a pre-existing video of Kai Kunz for playing on answering machine of others and other criminal framing scams that John Ouillette has helped hem orchestrate with using his knowledge as a police detective. **Like with the Haverhill, MA fraud assault claim that never happened these orchestrations by previous burglars and kidnappers has been proven to be a scam and orchestrated with help of Simmons. The scam and premeditated false charges through conspiracy in Attleboto was proven through the technology forensics of Plaintiffs technology forensic investigator who is a former State Police detective that did homicide and computer crimes and owns technology forensics business.** There's more to this beyond the mere 2 orchestrated and planned frame attempts in Attleboro DC by defendants acting in concert. Plaintiff has an attorney in Attleboro has been pathetic, lame, slothful, and has a myopic approach by which Plaintiff's attorney is handling matter and not going to Attorney General or FBI about this proven (by forensics expert) civil rights violations, conspiracy, and criminally orchestrated false charge against Plaintiff Kai Kunz. Lucky for those that orchestrated the scam in Attleboro DC – for now.

Morton Simmons has tried bribing witnesses of Plaintiff Jamie Flaucher, Brian Palczynski, John Frazier, and has funded the racketeering committed against Plaintiff Kai Kunz.

**Demand $5,000,000.00** for the aiding and abetting, funding, and working in concert with the criminal actions of Northbridge MA police and other defendants.

### 8. Waltor Warchol, John Ouillette, Jarrod Woeller, and Thomas Dejordy.

All defendants knowingly and with pre-meditation had wire and forensic evidence suppressed as they acted in concert with Kevin McCarthy. Defendants also released private health information given to them during lawsuit Kunz versus Northbridge and had sent to Liberty Mutual Insurance, MAPFRE Insurance, and others for altering and or using to discredit Plaintiff and deny him access to services available to public at large and to allow by extension others to commit racketeering against Plaintiff and witnesses with impunity.

All defendants worked in concert with Patricia Burke, Andrew Burke, and previous burglars/kidnappers in speaking to Connecticut State Police and Attorney General and telling them not to listen to Kai Kunz from 2016 and up until May 2021.

All defendants from 2011 to present worked to keep the cellphone, wire evidence, and forensic evidence suppressed in order to aid and abet the racketeering committed against Plaintiff Kunz and witnesses in Putnam CT and elsewhere by also speaking to law enforcement and convincing them not to look into and allow racketeers to not get prosecuted.

All defendants called and spoke to Pay Pal and EBay from March 2012 until May 2021 and told them at different times not to allow Kai Kunz to buy and sell on this format which subsequently cost Plaintiff over $5,000,000.00 in lost income.

In 2013 Walter Warchol friend and child Molestor Robert Stewart of 225 Sutton Street. Northbridge MA was in dispute with daughter about the ownership of family antiques that victim Kai Kunz bought and made a full $2,000.00 on and was forced to return remaining products that he paid $3,000.00 on. While making $55,000.00 a month from propriatory auction sale purchase bid methods and the sale of bulk products that Northbridge Police put an end to by lying to EBay and Paypal then and continually to this day in order to deprive Plaintiff of income source.

All defendants continually called EBay and Pay pal and prevented Plaintiff from doing business on either medium.

In November 2008 all defendants found evidence at residence of Plaintiff that confirmed his complaints and defendants to this day covered up this evidence while continually to this day trying to discredit Plaintiff when he is a victim by claiming he is paranoid and shouldn't be listened to.

Plaintiff found out about these civil rights, ADA violations, and more in 2019 by Attorney Ashworth. These actions are separate from the 2014 claim and the 2014 claim settlement was clear and used good humor to claim that the claim was about damages done as a result of the Northbridge Police demanding a health evaluation. Plaintiff intends to also reopen the original and highly myopic case against Northbridge filed in 2014. You clearly can't dispute the sacred analysis of what the doctors said, and by there analysis Plaintiff shouldn't have been signing the agreement. Plaintiff categorically disputes this analysis as do other doctors, but since Northbridge used what the doctors they knew said as a defense then they own it!!

**Demand $18,000,000.00** for the wire suppression that was found out about in 2019 and separate from settled lawsuit, ongoing calls to Pay Pal and EBay, continual actions to deny plaintiff access to public police services, calling Mass Health and denying Plaintiff access to health care, and aiding and abetting the racketeering being done against Plaintiff and witnesses.

**Total Demand $50,000,000.00**

_____

Plaintiff Kai Kunz

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*FILED IN CLERKS OFFICE*
*2021 JUN 15 AM 11: 59*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6-15-21

Signature of Plaintiff    *[signature]* Pro SE
Printed Name of Plaintiff    Kai Kunz

B.      **For Attorneys**

Date of signing:    6-15-21

Signature of Attorney    *[signature]*
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address